## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jessica Lawler

                Plaintiff,                Civil 10-04965 (PAM/AJB)

v.

                                          **ORDER OF DISMISSAL**

Stryker Corporation, et al.

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December __19__, 2011

                                                  *s/Paul A. Magnuson*
                                                 Paul A. Magnuson, Judge
                                                 United States District Court